UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                Miscellaneous Case No. 12-mc-42-PB

<u>Joseph G. Stanley</u>

<u>AMENDED ORDER</u>

    This Order amends the December 26, 2012 Order (doc. no. 5) in this case to require Joseph G. Stanley's appearance at the IRS in Portsmouth, New Hampshire on February 20, 2013.

    I herewith approve the [4] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 3, 2012, no objection having been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    In accordance with my endorsed order dated January 8, 2013 granting [7], United States of America's Motion to Amend [5] the December 26, 2012 Order,

the taxpayer, Joseph G. Stanley, is ordered to appear on February 20, 2013 at 9:30 a.m. at the IRS office located at 80 Daniel Street, Portsmouth, New Hampshire, before J.L. Archer (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the IRS summons dated March 26, 2012. It is further ordered that the government be awarded its costs. SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

January 14, 2013

cc: T. David Plourde, Assistant U.S. Attorney
    Joseph G. Stanley, pro se